UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| WENDEL WAYNE JOHNSON, | |
|---|---|
| Petitioner, | CASE NO. C11-5822-BHS-JRC |
| v. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| MAGGIE MILLER-STOUT. | |
| Respondent. | |

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER:

Plaintiff's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to Plaintiff.

Dated this 27th day of October, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1