UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WENDEL WAYNE JOHNSON,<br><br>                Petitioner,<br><br>   v.<br><br>MAGGIE MILLER-STOUT,<br><br>                Respondent. | CASE NO. C11-5822-BHS-JRC<br><br>ORDER DENYING APPOINTMENT OF COUNSEL |

This petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner has filed a motion for appointment of counsel (ECF No. 10).

There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required, because the action is civil, not criminal, in nature. Brown v. Vasquez, 952 F.2d 1164, 1168 (9th Cir. 1991) (*citing* McCleskey v. Zant, 499 U.S. 467, 495 (1991)); see Ortiz v. Stewart, 149 F.3d 923, 939 (9th Cir. 1998) ("There is simply no constitutional right to an attorney in a state post-conviction proceeding."); see also Terrovona v.

1  Kincheloe, 852 F.2d 424, 429 (9th Cir. 1988); and Rule 8(c) of the Rules Governing Section

2  2254 Cases in the United States District Courts."

3     The Court has not ordered an evidentiary hearing in this case and is awaiting the filing of

4  an answer to the petition.

5     The motion for appointment of counsel is DENIED.

6     Dated this 20th day of December, 2011.

J. Richard Creatura
United States Magistrate Judge