UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WENDEL WAYNE JOHNSON,<br><br>  Petitioner,<br><br>  v.<br><br>MAGGIE MILLER-STOUT,<br><br>  Respondent. | CASE NO. C11-5822 BHS<br><br>ORDER DENYING PETITIONER'S MOTION TO SUPPLEMENT THE RECORD |

This matter comes before the Court on Petitioner Wendel Wayne Johnson's ("Johnson") motion to supplement the record (Dkt. 31). The Court has considered the pleadings filed in support of the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

On October 5, 2011, Johnson filed his petition for writ of habeas corpus under 28 U.S.C. § 2254 in this Court. Dkt. 6. On March 16, 2012, Magistrate Judge J. Richard Creatura issued his Report and Recommendations ("R&R") recommending that Johnson's petition be dismissed. Dkt. 24. On March 26, 2012,

ORDER - 1

Johnson filed objections to the R&R. Dkt. 25. On May 16, 2012, the Court adopted the R&R, dismissed Johnson's case and denied a certificate of appealability. Dkt. 26.

On May 29, 2012, Johnson filed a notice of appeal to the Ninth Circuit Court of Appeals, wherein he included a motion for a certificate of appealablity to the Ninth Circuit. Dkts. 30 & 30-1. On August 27, 2012, the Ninth Circuit issued a mandate denying Johnson's request for a certificate of appealability and striking all other pending motions as moot. Dkt. 31.

Johnson's case before this Court is closed. The Ninth Circuit denied his certificate of appealability, terminating Johnson's appeal. Based on his motion and the record before it, the Court finds no basis which would support Johnson's motion to supplement the record.

Therefore, it is hereby **ORDERED** that Johnson's motion to supplement the record (Dkt. 31) is **DENIED.**

Dated this 26th day of February, 2013.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2